# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY A. PATEL, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES ROBINSON et al., <br><br> Defendants. | Case No. CV 19-2851-DOC (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

///

///

///

IT IS THEREFORE ORDERED that Plaintiff's First Amended Consolidated Complaint (Dkt. 219) is dismissed with prejudice for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that Judgment shall be entered dismissing the action with prejudice.

Date: January 31, 2020

DAVID O. CARTER
United States District Judge