# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY A. PATEL, | Case No. CV 19-2851-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHARLES ROBINSON et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Consolidated Complaint and entire action is dismissed with prejudice for failure to state a claim upon which relief can be granted.

Date: January 31, 2020

_____
DAVID O. CARTER
United States District Judge